UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 3:23-CR- 102 |
| ) | |
| v. ) | |
| ) | JUDGES Varlan/McCook |
| MATTHEW ESTES, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 9, 2016, within the Eastern District of Tennessee, defendant MATTHEW ESTES did knowingly employ, use, persuade, induce, entice, and coerce C.P., a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which was produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer and attempted to do so, in violation of Title 18, United States Code, Section 2251(a).

### COUNT 2

On or about February 10, 2016, within the Eastern District of Tennessee, defendant MATTHEW ESTES did knowingly employ, use, persuade, induce, entice, and coerce C.P., a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which was produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer and attempted to do so, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3

On or about February 9, 2016, to on or about July 13, 2016, within the Eastern District of Tennessee and elsewhere, defendant MATTHEW ESTES did knowingly distribute in interstate and foreign commerce child pornography, as defined in Title 18, United States Code, Section 2256(8)(B), that had been transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 4

On or about February 10, 2016, to on or about July 13, 2016, within the Eastern District of Tennessee and elsewhere, defendant MATTHEW ESTES did knowingly distribute in interstate and foreign commerce child pornography, as defined in Title 18, United States Code, Section 2256(8)(B), that had been transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 4 of this Indictment are re-alleged and incorporated herein by reference for alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2251 and/or 2252A, the defendant MATTHEW ESTES, shall forfeit to the United States of America his interests in the following:

    a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

      b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

      c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. The properties to be forfeited include, but are not limited to, the following properties:

      a. Apple iPhone, and

      b. Apple iPad.

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS MARION HAMILTON III
UNITED STATES ATTORNEY

*/s/ Jennifer Kolman*
Jennifer Kolman
Assistant United States Attorney