UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:23-CR-102 |
| | ) | |
| | ) | JUDGES Varlan/McCook |
| MATTHEW ESTES | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That **MATTHEW ESTES** is now in the custody of the Warden Northeast Correctional Complex and Annex, 5249 Highway 67 W, Mountain City, TN 37683, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant, **MATTHEW ESTES**, in this District, the above-captioned case, which is set for an Initial Appearance on **December 13, 2023, at 10:00 a.m.**, or for HIS case to be otherwise disposed of upon said indictment heretofore returned against **MATTHEW ESTES**, in the United States District Court for the Eastern District of Tennessee, at Knoxville, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of Northeast Correctional Complex and Annex

commanding him to produce the said MATTHEW ESTES before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Warden of Northeast Correctional Complex and Annex so elects, the United States Marshal for the Eastern District of Tennessee or any other duly authorized United States Marshal or Deputy United States Marshal be ordered and directed to receive said **MATTHEW ESTES** into his custody and possession at the Northeast Correctional Complex and Annex, and under safe and secure conduct to have **MATTHEW ESTES** before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return **MATTHEW ESTES** to said Warden of Northeast Correctional Complex and Annex, as aforesaid.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/Jennifer Kolman*
JENNIFER KOLMAN
Assistant United States Attorney
GA Bar No. 427930
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Email: jkolman@usdoj.gov