# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED 2023 DEC -8 PM 4:01
US DISTRICT COURT EASTERN DIST. TENN.

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW ESTES<br><br>Defendant | Case No. 3:23-CR-102 |

RECEIVED BY: HW
DATE: 11-13-23   TIME: 0900
U.S. MARSHAL E/TN
KNOXVILLE, TN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Matthew Estes,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a) - Sexual Exploitation of a Minor Child (2 counts)

Date: 11/9/23

City and state: Knoxville TN

*Issuing officer's signature*
LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 11/9/2023, and the person was arrested on *(date)* 12/06/2023
at *(city and state)* _____

Date: 12/06/2023

*Arresting officer's signature*
KEVIN CALLAGHAN  DUSM
*Printed name and title*

FID: 11613787
2474-1113-0174-J