IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| UNITED STATES | |
|---|---|
| v. | No. 3:23-CR-102 |
| | JUDGE VARLAN/McCOOK |
| MATTHEW ESTES | |

___

**MOTION TO CONTINUE MOTION DEADLINE**
___

Comes the Defendant, Matthew Estes, by and through undersigned counsel, and hereby moves the Court for an Order continuing the motion deadline until April 5, 2024.

In support of this Motion, undersigned counsel avers:

1. Mr. Estes' initial appearance before this Court occurred on December 13, 2023. Mr. Estes was brought into court on a writ from the State of Tennessee where he is currently serving a 30-year sentence.

2. A previous motion to continue the trial and associated deadlines and a subsequent motion to continue the motion deadline have been granted by this court. The current Motion deadline is March 8, 2024, any plea agreement is due on April 19, 2024, and trial is scheduled to commence on May 21, 2024.

3. Partial grounds for the previous motion included undersigned counsel's prior trial commitment in the matter of State of Tennessee v. Phillip Trotter, County Circuit Court No. C-28555 then set for trial to commence on Tuesday, February 13, 2024, a matter which has been pending for more than a year. A late arising pretrial issue in

that matter resulted in a delay of that trial until March 19, 2024. Accordingly, undersigned counsel has continued to work on that trial preparation in addition to Mr. Estes' case and other client obligations.

4. Undersigned counsel is still in the process of reviewing discovery materials with Mr. Estes and engaging in plea discussions with the United States. Accordingly, undersigned counsel seeks an additional extension of time within which to file any pretrial motions.

5. Undersigned counsel acknowledges that the requested continuance of the motion deadline and ongoing plea discussions may necessitate a continuance of the trial date.

6. Undersigned counsel has communicated with AUSA Jennifer Kolman regarding this motion and is authorized to represent to the Court that the United States has no objection to the requested continuance.

7. For these reasons, the requested continuance is necessary to ensure that the Defendant receives effective assistance of counsel pursuant to the Sixth Amendment to the United States Constitution.

*s/ David M. Eldridge*
David M. Eldridge, Esq. BPR # 012408
Loretta G. Cravens, Esq. BPR # 023576
Eldridge & Cravens, P.C.
400 W. Church Ave., Ste 101
Knoxville, TN 37902
(865) 544-2010
(865) 544-2015 (fax)
deldridge@ecattorneys.law
lcravens@ecattorneys.law

*Attorneys for Matthew Estes*