# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:23-CR-102 |
| Plaintiff, ) | |
| v. ) | |
| ) | JUDGES VARLAN/McCOOK |
| MATTHEW ESTES ) | |
| ) | |
| Defendant. ) | |

## THE UNITED STATES' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The United States, through the United States Attorney for the Eastern District of Tennessee, respectfully submits this second Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss [Doc. 35]. The United States requested the initial unopposed extension of time through Tuesday, August 13, 2024. The Court granted the United States' motion. [Doc. 39]. The United States now requests a second motion for extension of time to respond to the defendant's motion to dismiss.

There is good cause to extend the due date of the United States' second respective response. The undersigned, who is writing the response, has a heavy workload and had unexpected legal matters that had to be addressed last week.

The undersigned has conferred with defense counsel regarding the second proposed extension, and defense counsel does not oppose extending the United States' response deadline.

Accordingly, for the good cause shown, the United States respectfully requests that the Court grant an extension to Friday, August 16, 2024, for the United States to respond to Defendant's Motion to Dismiss [Doc. 35].

Respectfully submitted,

                                        FRANCIS M. HAMILTON III
                                      UNITED STATES ATTORNEY

                    By:  *s/Jennifer Kolman*
                          Jennifer Kolman
                          Assistant United States Attorney
                          800 Market Street, Suite 211
                          Knoxville, TN 37902
                          (865) 225-1682
                          Jennifer.Kolman@usdoj.gov
                          Georgia Bar No.: 427930