# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:23-CR-102 |
| v. ) | |
| ) | JUDGES VARLAN/McCOOK |
| MATTHEW ESTES ) | |

## UNITED STATES' MOTION TO SUBSTITUTE EXHIBIT 4 [DOC. 44-4]

The undersigned, by and through the United States Attorney, moves the court to substitute Exhibit 4 [Doc. 44-4] of the United States' Response in Opposition to Defendant's Motion to Dismiss [Doc. 44] with a newly redacted version of Exhibit 4 attached hereto.

The original Exhibit 4 had Personal Identifiable Information (PII) which had not been redacted pursuant to Federal Rule of Criminal Procedure 49.1. The attached substitute Exhibit 4 has been redacted of all PII.

Therefore, the United States requests that substitute Exhibit 4 [Doc. 44-4] be exchanged for the original Exhibit 4.

Submitted this 20th day of August 2024.

                    FRANCIS M. HAMILTON III
                    UNITED STATES ATTORNEY

                    *s/Jennifer Kolman*
                    Jennifer Kolman
                    Assistant United States Attorney
                    800 Market Street, Suite 211
                    Knoxville, Tennessee 37902
                    (865) 545-4167
                    jennifer.kolman@usdoj.gov
                    GA Bar #427930