

# KNOXVILLE POLICE DEPARTMENT
## INTERNET CRIMES AGAINST CHILDREN

CRIMINAL INVESTIGATIONS DIVISION
800 E HOWARD BAKER JR AVE
KNOXVILLE, TENNESSEE 37915
TEL 865-637-5590    FAX 865-637-5584

## **REPORT OF CRIMINAL INVESTIGATION**

### ICAC CASE # *16-0616-700-043*
### (OPERATION SUPER HERO BOYS)

*This supplemental criminal report in the above-entitled matter is a summary of the evidence collected, as of this date, during the investigation and forensic examination of the seized media.*

In May 2016 the Knoxville Police Department Internet Crimes against Children Task Force (KPD ICAC) assisted Investigator Chris Line with the Knoxville Police Department Family Crimes Unit in the investigation of Matt Estes (DOB ▇ ▇ 1998). According to Investigator Line's report, Estes was charged with 25 petitions in Juvenile Court that included 7 counts of Especially Agg. Sexual Exploitation of a Minor, 7 counts of Agg. Sexual Exploitation of a Minor, 7 counts of Sexual Exploitation of a Minor, 2 counts of Rape of a Child and 2 counts of Agg. Sexual Battery. These charges reflected his criminal acts that were known to have occurred on or about **December 24, 2015**.

Estes pled guilty in this case to 2 counts of rape of a child and 2 counts of ESP Agg. Sexual Exploitation of a child and received a thirty (30) year sentence at 100% for the crimes known at this time.

Since the crimes involved the production of child pornography, the KPD ICAC unit submitted the known image and video files to the National Center for Missing and Exploited Children via a known victim submission (CVIP).

I am the primary point of contact for the digital evidence through NCMEC. If any files are recognized in other submissions throughout the United States or other countries I am notified. The National Center for Missing and Exploited Children (NCMEC) will use the case information to assist law enforcement agencies and prosecutors in determining whether child pornography media depict previously identified children.

There are two children that are the victims in this case. ▇▇▇▇ ▇▇▇▇ / Age 16 months at the time of crime) and ▇▇▇▇ ▇▇▇▇ / Age 8 at the time of crime).

The files involving the two victims in this case has been given a series name of SUPER HERO BOYS.

Since the files were submitted to NCMEC, I have been notified numerous times to confirm the identity of both the offender in this case, Matt Estes, and also the victims depicted in many files that have been newly discovered. These are files that were created by Estes and have been distributed throughout the world that we were not aware of when Estes was prosecuted.

On **October 13, 2017** I was contacted by the Royal Canadian Mounted Police and advised that a video file was located on the dark web TOR website HurtMeh. The video had a file name 'Video Feb 09, 8 36 57 PM' located under the discussion board titled, "Toddler being pummelled without any regard to his well-being".

This file and rape depicted was **NOT KNOWN** at the time of Estes Prosecution.

*User TWISTEDBIPEDO posted the video and comments as follows:*

*"Our favorite toddler and brother/uncle/daddy (whomever the fuck he is) are back in a never posted before video. The one, there is zero regard for the well-being of the toddler - the forced contortion, the yanking of his legs, the screams (oh yes, many), the fact he's being slammed into with the weight of the dude. Yes, truly a baby fuck like we (at least I) haven't seen on here. Clear view to prove the two things most debated about the last set of videos: definitely this dude fucking the kid and the kids is definitely getting fucked. Enjoy!*

*Note: Yes, I'm aware the preview says .mp4 and the video is 33MB. No, I will not post this version - in fact it's already deleted. This one posted is the most virgin (unlike the toddler).*

The video file was encrypted and sent to me by Constable Krista A. Toner of the Royal Canadian Mounted Police and placed in the Estes file.

```
File Name:    Video Feb 09, 8 36 57 PM
File Size:    133 MB (140,143,181 bytes)
File Length:  5:12
SHA1 Hash:    7BA7CCE831E7FC72A7A0C4958AA97CFBABA0EDEC
EXIF:         N/A
```

### DESCRIPTION:

This file is five minutes and 12 seconds in length. The video depicts Matt Estes (DOB █████ 1998) wearing a two toned maroon long sleeved shirt that is pulled up to his chest area. He is wearing multi-colored pajama styled pants that have different colored football prints throughout. The video starts with Estes holding ████

▇▇▇▇▇▇▇▇▇▇ in his arms. ▇▇▇▇ is wearing a yellow long sleeved top that is opened in the front. ▇▇▇▇ is fully nude from the waist down. Estes lays ▇▇▇▇ down on a bed on his back and then forces his legs apart. Estes then lays on top of ▇▇▇▇ and violently forces his erect penis in ▇▇▇▇ anus. ▇▇▇▇ can be heard screaming and crying as loud as he can in extreme pain. Estes forcibly inserts his erect penis in and out of ▇▇▇▇ anus while he continues to scream for his life until the two minute and thirty nine second mark of the video. At this point Estes lays on his left side and then continues to insert his erect penis in and out of ▇▇▇▇ anus while he continues to scream and cry as loud as he can. At the four minute and seven second mark of the video Estes appears to ejaculate in ▇▇▇▇ anus. Estes then uses what appears to be a small towel and wipes the ejaculate from the anal area of ▇▇▇▇. ▇▇▇▇ attempts to crawl away on his hands and knees before rolling over on to his back while continuing to scream and cry. Estes then gets up off of the bed, pulls his pajama bottoms up, and walks to the recording device and stops it.

     I contacted Investigator Chris Line and advised him of the new file submission I had received. Investigator Line came to the KPD ICAC office and was provided a copy of the file for his case.

On May 15, 2018 I received information from Investigator Jeffrey Ellis of the Santa Barbara County District Attorney's Office (Santa Maria, CA). Ellis advised me that a video had been located during the forensic examination of a suspect that had been recently arrested on child pornography charges. Ellis advised me that the video contained EXIF information and appeared to come directly from the suspect in the SUPER HERO BOYS series.

The file and rape depicted was **NOT KNOWN** at the time of the Estes prosecution.

Investigator Ellis encrypted the video file and provided it to me. The file was placed in to the Estes file.

    File Name:    IMG_0294
    File Size:     34.1 MB (35,779,279 bytes)
    File Length: 1:19
    SHA1 Hash: 9EBDF2E8F0E5EF6FCDDDC6113BA26BBF9D92ADBC
    EXIF:       PRESENT

## DESCRIPTION:

This file is one minute and 19 seconds in length. The video depicts Matt Estes (DOB ▮▮▮▮ 1998) wearing a two toned maroon long sleeved shirt. He is wearing multi-colored pajama styled pants that have different colored football prints throughout that are lowered to his ankles. The video starts with Estes holding ▮▮▮▮ ▮▮▮▮ in his arms. ▮▮▮▮ is wearing a yellow long sleeved top that is opened in the front. ▮▮▮▮ is fully nude from the waist down. Estes sits down on a bed while he holds ▮▮▮▮ in front of him around his waist. Estes inserts his penis in to ▮▮▮▮ anus while he holds ▮▮▮▮ on top of him. ▮▮▮▮ can be heard screaming and crying loudly. Estes continues to push his penis in and out of ▮▮▮▮ anus. Estes then holds ▮▮▮▮ by his legs with his right hand and uses his left hand to keep his penis in ▮▮▮▮ anus while ▮▮▮▮ to continues to scream in pain. Estes then rolls ▮▮▮▮ over on his right side and discovers that ▮▮▮▮ is bleeding from his anus. Estes then uses a small towel and begins wiping the blood from the anus of ▮▮▮▮ ▮▮▮▮ continues to cry in pain and attempts to crawl away on the bed. Estes then pulls his pajamas up and walks over to the recording device. Blood from ▮▮▮▮ anus appears visible on Estes penis. Estes stops the recording device.

**EXIF INFORMATION:**

| | |
|---|---|
| File Name | : IMG_0294.MOV |
| File Size | : 34 MB |
| File Type | : MOV |
| Major Brand | : Apple QuickTime (.MOV/QT) |
| Create Date | : 2016:02:10 01:31:39 |
| Modify Date | : 2016:02:10 01:32:58 |
| Duration | : 0:01:19 |
| Track Create Date | : 2016:02:10 01:31:39 |
| Track Modify Date | : 2016:02:10 01:32:58 |
| Track Volume | : 100.00% |
| Image Width | : 640 |
| Image Height | : 480 |
| Compressor Name | : H.264 |
| Media Create Date | : 2016:02:10 01:31:39 |
| Media Modify Date | : 2016:02:10 01:32:58 |
| Handler Vendor ID | : Apple |
| GPS Coordinates | : [REDACTED] |
| Make | : Apple |
| Model | : iPad |
| Software | : 9.1 |
| Creation Date | : 2016:02:09 20:31:38-05:00 |
| Avg Bitrate | : 3.61 Mbps |
| GPS Altitude | : [REDACTED] |
| GPS Altitude Ref | : [REDACTED] |
| GPS Latitude | : [REDACTED] |
| GPS Longitude | : [REDACTED] |
| Rotation | : [REDACTED] |
| GPS Position | : [REDACTED] |



Page **5** of **6**

The EXIF information from this video file shows that the file was created on February 10, 2016 at 01:31:39 UTC. The EXIF also shows the GPS coordinates where the file was created of ▇▇▇▇▇▇▇▇▇▇ Knoxville, TN 37909. This address is both the suspect, Matt Estes address and the victim, ▇▇▇▇▇▇ address at the time of the file creation.

I contacted ADA Nate Ogle and advised him of the additional video files that had been discovered since the Estes prosecution. I requested that we pursue additional charges since these files clearly show additional rape and torture that the victim endured.

The video files show two additional violent rapes of the victim ▇▇▇▇▇▇ who was **18 months old** at the time of these.

A copy of both video files is being provided to ADA Nate Ogle and Investigator Chris Line.

**SUSPECT INFO:**

Matthew Estes
▇▇▇▇▇▇▇▇▇▇
Knoxville, TN 37909
DOB – ▇▇▇▇ 1998
SS – ▇▇▇▇▇▇▇
IDN – ▇▇▇▇



Estes is currently incarcerated at Northeast Correctional Complex