IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES | |
| v. | No. 3:23-cr-102<br>JUDGE VARLAN |
| MATTHEW ESTES | |

**SUPPLEMENT TO SENTENCING MEMORANDUM
AND MOTION FOR DOWNWARD DEPARTURE OR VARIANCE**

COMES the Defendant, Matthew Estes, by and through undersigned counsel, and hereby submits this supplement to his previously filed sentencing memorandum and motion for downward departure or variance, enclosing Exhibit 4, curriculum vitae for Dr. Kathryn Smith, and Exhibit 5, curriculum vitae for Dr. Michael Adler.

Respectfully submitted this 9th day of April 2025.

*s/ Loretta G. Cravens*
David M. Eldridge, Esq. BPR # 012408
Loretta G. Cravens, Esq. BPR # 023576
Eldridge & Cravens, P.C.
400 W. Church Ave., Ste 101
Knoxville, TN 37902
(865) 544-2010
(865) 544-2015 (fax)
deldridge@ecattorneys.law
lcravens@ecattorneys.law

*Attorneys for Matthew Estes*