# CURRICULUM VITAE

## KATHRYN REA SMITH, PH.D.
### PSYCHOLOGIST

**Practice Address:**
8905 Sony Lane
Knoxville, TN 37923
(865) 719-9385 (cell)


**Education:**

| | |
|---|---|
| 1991-1998 | University of Tennessee - Knoxville, Tennessee |
| | Doctorate of Philosophy in Education, Counseling Psychology Program (Fully Accredited by the American Psychological Association) |

| | |
|---|---|
| Major Professor: | Mark A. Hector, Ph.D. |
| Dissertation Title: | Experiencing Abortion: A Phenomenological Investigation |
| Honors and Awards: | National Alumni Association Scholarship, 1992-1996 |

1985-1989    University of Tennessee - Knoxville, Tennessee
Bachelor of Arts, <u>summa cum laude</u>

| | |
|---|---|
| Major area of study: | Psychology |
| Honors and Awards: | Phi Kappa Phi Honor Society |
| | Golden Key National Honor Society |
| | Hodges Scholarship, 1986-1988 |
| | Chancellor's Citation for Extraordinary Academic Achievement, April 1989 |

**Current Licensure:**
State of Tennessee, Health Service Provider (Psychologist)
License No. 2226

**Certification:**
Tennessee Department of Mental Health and Substance Abuse Services, Certified Forensic Examiner, Competency to Stand Trial and Mental Condition at the Time Of the Crime, through June 30, 2017

EXHIBIT
4

**Forensic Psychology Activities:**
Since obtaining my doctorate in 1998, I have developed a specialty in forensic psychological assessment. I conduct psychological evaluations for the State of Tennessee's Department of Disability Determination. I conduct court-ordered competency and insanity evaluations for Knox County Sessions and Criminal Courts. I have performed forensic psychological evaluations for criminal defense attorneys; types of evaluations include: Competency (to waive Miranda rights, to enter a guilty plea, to proceed to trial, to be transferred from juvenile to criminal court), criminal responsibility, false confession, sentencing mitigation, post-conviction, parenting fitness, and pre-adoption assessments. I have worked on death penalty and life without parole cases and have testified as an expert witness in juvenile, state and federal courts.

**Employment History:**

March 2010-    *Psychologist*
present        Solo Private Practice, Knoxville, Tennessee
               As a solo practitioner, I provide individual and family therapy for children, adolescents, and adults. I also provide psychological assessment services such as personality evaluations, cognitive and learning disability evaluations, disability evaluations, ADHD/ADD assessments, and forensic psychological evaluations.

Feb 2006-      *Psychologist*
Feb. 2010      Oak Ridge Psychotherapy Practice, Oak Ridge, Tennessee
               As an independent practitioner within a psychology practice, I provided individual and family therapy for children, adolescents, and adults, as well as EAP sessions for federal employees. I also provided psychological assessment services such as personality evaluations, cognitive evaluations, learning disability evaluations, disability evaluations, ADHD/ADD assessments, pre-adoption assessments, and forensic psychology evaluations. Referral sources included private individuals, physicians, insurance panels, state and federal agencies, and private attorneys.

June 1998-     *Psychologist*
Feb. 2006      The Northshore Group, Knoxville, Tennessee
               As an independent practitioner within a psychology practice, I provided psychological assessment services such as parenting assessments, personality evaluations, cognitive evaluations, disability evaluations, learning disability evaluations, ADHD/ADD assessments, and forensic psychology evaluations. My clients included children, adolescents, and adults.

**Additional Supervised Clinical Experience:**

Sept. 1996-    *Psychology Intern*
Sept. 1997     The Guidance Center, Murfreesboro, Tennessee
               Supervisors: Larry Seeman, Ph.D., Harry Steuber, Ph.D., Wendy Hoblitzelle, Ph.D., and Julius Seeman, Ph.D.
               In this full-time, APA-accredited internship, I provided outpatient psychotherapy for adults, adolescents, children, and families. I provided psychological evaluations of adults, adolescents and children using intellectual

and academic assessment instruments as well as objective and projective
personality instruments. The client population included adults with Serious and
Persistent Mental Illness (SPMI) and Children with Serious Emotional
Disturbances (SED).

Jan. 1995-    *Graduate Student Assistant*
May 1996     University of Tennessee Student Health Service, Knoxville, Tennessee
             Supervisor: William K. Hahn, Ph.D.
                     In this half-time position, I provided outpatient psychotherapy and
             psychological evaluations for college students.

Jan. 1995-    *Supervision Practicum Student*
May 1995     University of Tennessee, Department of Counselor Education and Counseling
             Psychology, Knoxville, Tennessee
             Supervisor: Kathleen Davis, Ed.D.
                     In this practicum experience, I supervised the therapy work of two
             Master's level students.

August 1994-  *Advanced Group Practicum Student*
Dec. 1994     University of Tennessee Department of Counselor Education and Counseling
             Psychology, Knoxville, Tennessee
             Supervisor: Karen Swander, Ph.D., ABPP
                     In this practicum experience, I facilitated a facilitated two psychotherapy
             groups.

August 1993-  *Counseling Psychology Practicum Student*
May 1994     University of Tennessee Student Counseling Center, Knoxville, Tennessee
             Supervisors: P. Gary Klukken, Ph.D., Sue Newbold, Ph.D., Ann O'Connor-
             Slimp, Ph.D., and Suzanne Molnar, Ph.D.
                     In this practicum experience, I provided individual psychotherapy and
             psychological evaluations of college students, and made outreach presentations to
             the college campus community.

January 1992- *Counseling Psychology Practicum Student*
Dec. 1992     Knoxville Job Corps Center, Knoxville, Tennessee
             Supervisors: Shanette Harris, Ph.D. and John B. Averitt, Ph.D.
                     In this practicum experience, I provided psychotherapy and psychological
             evaluations of adolescents in the Job Corps Program and consulted regularly with
             the Job Corps Health Services staff.

**Additional Work Experience:**
June 1999-    *Clinical Research Consultant*, Healthcare21. <u>Duties:</u> Interviewed participants
August 2000  in a study of symptoms of mental illness in diabetic patients. Analyzed data
             from research instruments administered in the study and presented results to the
             behavioral health committee.

October 1994- *Graduate Student Assistant*, University of Tennessee Office of the
January 1995   Ombudswoman.  <u>Duties:</u>  Assisted college students with problems related to
               university policy and procedures.  Acted as liaison between students and faculty.
               Created a computer database for recording individual cases and tracking the types
               of grievances reported by students.  (20 hours/week)

October 1992- *Graduate Research Assistant*, University of Tennessee Center for Literacy
October 1994   Studies. <u>Duties:</u>  Coordinated the Tennessee Longitudinal Study of Adult
               Learners.  Developed interview instruments, trained interviewers, and conducted
               interviews with adult learners.  Using the Statistical Analysis System (SAS),
               coded, analyzed, and interpreted data.  Wrote technical research reports.
               Additionally, as an external evaluator, conducted an evaluation of the Anderson
               County Even Start Program as a fulfillment of the requirements of the Even Start
               granting agency at the end of the grant period.  (20 hours/week)

August 1991-  *Graduate Teaching Assistant*, Educational and Counseling Psychology 210:
May 1992       The Psychology of Child Development for Teachers, University of Tennessee.
               <u>Duties:</u>  Facilitated weekly discussion groups for students enrolled in the above
               course.  Facilitated study groups prior to exams.  Graded exams, course projects,
               and other assignments.  Assigned final grades for the course.  (10 hours/week)

Feb. 1991-    *Office Manager*, The Northshore Group, Knoxville, Tennessee.
October 1992   <u>Duties:</u>  Supervised support staff, managed all activities related to accounts
               payable and receivable, wrote letters and transcribed psychological reports and
               progress notes for a group practice composed of 10 psychologists, psychiatrists,
               and social workers.  (25 hours/week)

July 1989-    *Counselor*, Mountain View Recovery Center, Blount Memorial Hospital,
August 1990    Maryville, Tennessee.  <u>Duties:</u>  Provided individual, group, and family therapy for
               patients in an inpatient chemical dependency and eating disorder treatment
               program.  Prepared treatment and aftercare plans.  Made presentations to patients
               and their family members on issues related to eating disorders and chemical
               dependence.  (40 hours/week)

August 1987-  *Student Assistant*, Corporate Health Institute, University of Tennessee Medical
June 1989      Center, Knoxville, Tennessee.  <u>Duties:</u>  Provided clerical support for the
               Employee Assistance Program and the Chronic Back Pain Rehabilitation
               Program.  (15 hours/week)

**Volunteer Positions:**
- Knoxville Area Psychological Association, President, 2015-2016
- Knoxville Area Psychological Association, President-Elect, 2014-2015
- Knoxville Area Psychological Association, Treasurer, 2013-2014
- Southern Appalachian Personality Assessment Society, Secretary-Treasurer 2006-2009
- CONTACT Helpline, Inc., of Oak Ridge, Board Member 2006-2009; Chair, Training and
  Recruitment Committee, 2008-2009; Training Committee Member 2010-2012

- Lisa Ross Birth and Women's Center, Board Member 2002-2005

**Publications:**

Merrifield, J., Smith, M. K., Rea, K. E., & Crosse, D. (June, 1994). <u>Longitudinal study of adult literacy participants in Tennessee: Year two report</u>. Knoxville, TN: Center for Literacy Studies.

Merrifield, J., Smith, M. K., Rea, K.E., & Shriver, T. (June, 1993). <u>Longitudinal study of adult literacy participants in Tennessee: Year one report</u>. Knoxville, TN: Center for Literacy Studies.

Smith, M. K., & Smith, K. R. (1998). <u>PSAT Video Review Workbook</u>. Knoxville, TN: TESTPrep Videos.

Smith, M. K. & Smith, K. R. (2015). <u>What do we do? Questions on psychology and education for parents</u>. Bloomington, IN: AuthorHouse.

Smith, K. R. (2012, August 21). Helping your child make amends. *Knoxville Parent*, Vol 1(7).

Smith, K. R. (2012, September 15). One size fits one: Use your creativity to help your child. *Knoxville Parent*, Vol 1(8).

Smith, K. R. (2012, October 3). EQ as well as IQ: Fostering emotional intelligence in children. *Knoxville Parent*, Vol 1(9).

Smith, K. R. (2012, November 8). Attitude of gratitude: From adversity comes appreciation. *Knoxville Parent*, Vol 1(9).

Smith, K. R. (2012, December 3). The gift of disappointment. *Knoxville Parent*, Vol 1(10).

Smith, K. R. (2013, January 1). Making the decision to get help. *Knoxville Parent*, Vol 2 (1).

Smith, K. R. (2013, February 1). Helping your teenager survive transitions. *Knoxville Parent*, Vol 2 (2).

Smith, K. R. (2013, March 1). Promoting positive sibling relationships. *Knoxville Parent*, Vol 2 (3).

Smith, K. R. (2013, April 1). Running to improve health and inspire our children. *Knoxville Parent*, Vol 2 (4).

Smith, K. R. (2013, May 1). Problem with a teacher? Take an active approach. *Knoxville Parent*, Vol 2 (5).

Smith, K. R. (2013, August 1). Psychological healing for parents. *Knoxville Parent*, Vol 2 (8).

Smith, K. R. (2013, September 1). Stop the yelling: Practice self-control in front of your children. *Knoxville Parent*, Vol 2 (9).

Smith, K. R. (2013, October 1). The God box: A creative tool for "letting go." *Knoxville Parent*, Vol 2 (10).

Smith, K. R. (2013, November 1). Stop the bullying: Helping your child cope with being teased or bullied. *Knoxville Parent*, Vol 2 (11).

Smith, K. R. (2013, December 1). The gift of courage. *Knoxville Parent*, Vol 2 (12).

Smith, K. R. (2014, January 1). The art of apology. *Knoxville Parent*, Vol 3 (1).

Smith, K. R. (2014, February 1). Preventing teenage alcohol and drug problems. *Knoxville Parent*, Vol 3 (2).

Smith, K. R. (2014, March 1). Growth opportunities for parents of overnight campers.

*Knoxville Parent*, Vol 3 (3).

      Smith, K. R. (2014, April 1). Stress management: Not just for adults. *Knoxville Parent*, Vol 3 (4).

      Smith, K. R. (2014, May 1). The psychological benefits of exercise. *Knoxville Parent*, Vol 3 (5).

      Smith, K. R. (2014, June 1). Hallmark moments. *Knoxville Parent*, Vol 3 (6).

      Smith, K. R. (2014, July 18). Helping your child develop competence in adaptive functioning. *Knoxville Parent*, Vol 3 (7).

      Smith, K. R. (2014, August 18). Helping your introverted child blossom. *Knoxville Parent*, Vol 3 (8).

      Smith, K. R. (2014, October 21). Fostering pro-social adolescent development. *Knoxville Parent*, Vol 3 (9).

      Smith, K. R. (2015, January 1). It's all right to cry. *Knoxville Parent*, Vol 4 (1).

      Smith, K. R. (2015, May 1). What's love got to do with it? *Knoxville Parent*, Vol 4 (4).

      Smith, K. R. (2015, June 1). The dos and don'ts of sports parenting. *Knoxville Parent*, Vol 4 (5).

      Smith, K. R. (2015, July 1). An inside look at *Inside Out*. *Knoxville Parent*, Vol 4 (6).

      Smith, K. R. (2015, August 1). My meditation journey. *Knoxville Parent*, Vol 4 (7).

      Smith, K. R. (2015, September 1). Bonding through book clubs. *Knoxville Parent*, Vol 4 (8).

      Smith, K. R. (2015, October 1). The value of serving others. *Knoxville Parent*, Vol 4 (9).

      Smith, K. R. (2015, November 1). An important discussion about suicide. *Knoxville Parent*, Vol 4 (10).

      Smith, K. R. (2016, January 1). Coping with negative emotions. *Knoxville Parent*, Vol 5 (1).

**References available upon request**