Curriculum Vitae

J. Michael Adler

**EDUCATION**

| | |
|---|---|
| Ph.D., May 1994 | Major: Education; Specialization in Counselor Education<br>Supporting Emphasis: Marriage & Family Intervention<br>Cognate: Clinical Psychology<br>Dissertation Chairman: Charles L. Thompson, Ph.D.<br>Dissertation Title: *The Effects Technician Gender has on Physiological Arousal of Male Sexual Offenders*<br>University of Tennessee, Knoxville |
| M.S., June 1985 | Major: Education; Specialization in Community Agency Counseling<br>Major Professor: Charles L. Thompson, Ph.D.<br>Thesis Title: *Development of an Alcohol Screening Instrument*<br>Funded by Upper East Tennessee Alcohol Abuse Council<br>University of Tennessee, Knoxville |
| B.A., August 1983 | Major: Liberal Arts; Psychology<br>University of Tennessee, Knoxville |

**EMPLOYMENT**

September 2018 To Present — Private Practice
Total Behavior Solutions; JMK Services, LLC

Responsible for the treatment, assessment, and evaluation services to adult sex offenders, adolescents with sexual behavior problems, and children with sexual behavior problems. Provide marriage and family treatment, psychological and physiological assessments of sexual interest. In addition, provide consultation and training to State and Federal Probation. Provide clinical supervision for sex offender assessment and treatment. Provide clinical services to enhance athletic performance to athletes. Consult and train Department of Children Services on sexual abuse cases. Provide treatment to sexual abuse children and adults.

May 1, 1990 to September 2018 — Clinical Executive Director, Counseling and Consultation Services, Inc., Kingsport, Tennessee

Responsible for the development, implementation, staff development and supervision of all clinical services provided.

|  |  |
|---|---|
|  | Provide counseling services to adolescent and adult sexual offenders, as well as their families. Developed both the treatment program and assessment procedures currently utilized. Provide psychological testing as well as physiological assessments of sexual arousal. Also provide clinical consultation on sexual offender treatment and assessment. |
| September 1985<br>April 30, 1990 | Outpatient Therapist; Children and Youth Department for Watauga Mental Health Services, Inc., Johnson City, Tennessee<br><br>Responsible for providing counseling, testing, and consultation to children, families, schools, Department of Human Services, and other agencies providing services to children. Provided individual, group, and family therapy. Developed and implemented the Behavior Modification program for Therapeutic Nursery.<br><br>Developed and implemented the evaluation/assessment and treatment services for adolescent and adult sexual offenders.<br><br>Consulted with Department of Human Services, Johnson City School System, Therapeutic Foster Care Program, Washington County School System, and Therapeutic Nursery.<br><br>Participated on the Washington County Child Abuse Investigation Team. |

## Teaching Experience

| | |
|---|---|
| 1988 | Group Dynamics; Counseling Psychology Department; East Tennessee State University |
| 1989 | Group Dynamics and Counseling Practicum; Counseling Psychology Department; East Tennessee State University |
| 1993 | Child Psychology; Group Therapy; Practicum Supervision; University of Tennessee |

## Licensure/Certification

| | |
|---|---|
| 2017 | TSOTB Approved Sex Offender Treatment and Assessment Supervisor<br><br>TSOTB Sex Offender Approved Assessment Provider |
| 2005 - Present | Licensed Senior Psychological Examiner, State of Tennessee |

J. Michael Adler, Ph.D.                                                                                         3
Professional Vitae

|  |  |
|---|---|
|  | Health Service provider #0000001390 |
| 1988-2005 | Licensed Psychological Examiner, State of Tennessee #0000001390; Counseling |
| 1997 - Present | Tennessee Sex Offender Approved Treatment Provider |
| 1998 - Present | Certified Sex Offender Treatment Provider, State of Virginia #0812000037 |

## Professional/Board

| | |
|---|---|
| 2012 | Contributing Member of Task Group to update Best Practices Guidelines for Treatment of Adolescent with Sexual Behavior Problems; Tennessee Department of Mental Health |
| 2003 - Present | Sitting Member of the Tennessee Sex Offender Board |
| 2004 | Chair: Best Practices Guidelines for Treatment of Adolescent Sex Offender<br>Department of Mental Health; Center of Excellence. |
| 1992 | Tennessee State Task Force Juvenile Sex Offender Treatment Participating member |

## Professional Affiliations

| | |
|---|---|
| A.T.S.A. | Clinical Member of The Association for the Treatment of Sexual Abusers, |
| A.P.S.A.C. | American Professional Society on the Abuse of Children |
| T.A.P.S.A.C. | Tennessee Chapter of American Professional Society on the Abuse of Children |
| T.A.P.E. | Tennessee Association of Psychological Examiners |

## Experience

Over 34 years experience in the field of adult and adolescent sex offender assessment, treatment, consultation, and research.

**Treatment**

    I have assessed, treated, and/or consulted on over 8,000 sex offenders

    I have conducted approximately 4,000 plethysmograph assessments

    Developed Tennessee Sex Offender Board Peer Supervision Model

    Developed Tennessee Sex Offender Board Best Practices Guidelines

**Research**

Visual Assessment of Sexual Interest (VASI); Use of eye-tracking and EEG to assess sexual interest/pre-occupation

Detecting Deception in Adult and Adolescent Sex Offenders: Comparison of Layered Voice Analysis (LVA) and Polygraph

Penile Plethysmography; Effects Technician Gender has on Sexual Arousal Responses of male Sexual Offenders; Doctoral Dissertation; 1994

Tested effect of technician Gender on arousal responses of male sexual offenders (N = 69) Presented to ATSA Annual Research Conference San Francisco, 1994

Child Pornographer: Child Molester or Pedophile

Recidivism: Measuring Re-Arrest or Re-Offense

1985 developed adult and adolescent Sex Offender treatment program

Developed Adolescent Sex offender Closed Continuum Treatment Program "Steppenstone"
(Outpatient, After School, Day Treatment, & Residential)

Developed Behavior Modification Technique for addressing sexual arousal re-conditioning with low functioning offenders

Compared three different methods of evaluating deviant arousal (raw change, standard score, & percentage of full arousal) as they related to deviant sexual history confirmed by polygraphs

Cross-validated Plethysmograph results (strongest response) to identified deviant behavior verified through polygraph

Completed Test-Re-test (7 to 10 days) Reliability of Plethysmograph (N = 23)

Developed Comprehensive Risk to Re-offend Scale utilizing dynamic & static risk factors identified in 48 adult offenders who had re-offended in treatment.

Identification of discriminating risk factors of high-risk adult sex offenders in adolescence.

Developed Sexual Interest Inventory, Cognitive Distortion Scale, and Sexual Scenario Rating Scale for adults and adolescent sex offenders.

### Sexual Offender Workshops/Training/Presentations Provided

| | |
|---|---|
| March 2019 | Understanding Objective Testing used in Assessment & Treatment; Polygraph, Plethysmograph, Viewing time Measures; Tennessee Department of Corrections; Chattanooga |
| 1997 – 2018 Providers | Provide week long training for all New Sex Offender Treatment TN Sex Offender Treatment Board |
| June 2018 | Presented on Containment model For Management of Adult Sex Offenders in the Community; Tennessee Department of Corrections |
| September 2018 | Presented on Objective Measures in the treatment and assessment of Adult Sex Offenders |
| September 2017 | Presented on Adolescent Sex Offender Evaluations; Best Practices; Department of Children Services Legal Conference. |
| September 2016 | Presented on Adolescent Risk factors and Integration and Management of Adolescent Sex Offenders in the Community; Virginia Department of Social Services |
| October 2009 | Integrating Sexually Abusive Youth from Residential to Public School: Association for the treatment of Sexual Abusers (ATSA Annual Conference; Dallas. |
| August 2009 | Treating Adult Sex Offenders:  Sex Offender Treatment Board |
| November 2008 | Connecting for Children's Justice Task Force; Adolescent Sex Offender Evaluations |
| August 2008 | New Provider Training: Sex Offender Treatment Board |

| | |
|---|---|
| August 2008 | Managing Juvenile Sex Offenders; Juvenile Judges, Conference |
| November 2007 | Adolescent Sex Offender Treatment; Tennessee Children's Justice Conference, Nashville, TN |
| | Adolescent Sex Offender Assessment; Tennessee Children's Justice Conference, Nashville, TN |
| August 2007 | New Provider Training; Tennessee Sex Offender Treatment Board Conference |
| August 2004 | Addressing the Motivation to Sexually Offend: Tennessee Sex Offender Board Annual Training Conference |
| | Sexual Reconditioning with Adult Sex Offenders: Tennessee Sex Offender Board Annual Training Conference |
| | Sex Offender Treatment and Supervision Panel: Tennessee Sex Offender Board Training Conference |
| | Sex Offender Treatment Provider Qualifications; Tennessee Sex Offender Board Training Conference |
| | Tennessee Sex Offender Board "Peer Supervision Model": Tennessee Sex Offender Board Training Conference |
| October 2003 | Sexual Offender Risk Assessments; Static and Dynamic Risk factors; Differences between Psychological evaluations and risk assessments; Federal District Court/U.S. Probation |
| August 2003 | Addressing the Motivation to Sexually Offend: Tennessee Sex Offender Board Annual Training Conference |
| | Sexual Reconditioning with Adult Sex Offenders: Tennessee Sex Offender Board Annual Training Conference |
| | Sex Offender Treatment and Supervision Panel: Tennessee Sex Offender Board Training Conference |
| September 2000 | Recognizing and Treating Sex offenders; Tennessee Public Defenders Conference |
| Nov 1999 | Psychosexual Evaluations; Medical Education Program, Lakeshore Mental Health Institute |

| | |
|---|---|
| April 1998 | Re-Lapse versus Re-Arrest: Recidivism Data; Department of Probation/Parole, Virginia Department of Corrections |
| April 1998 | Sex Offender Treatment; Update; Virginia Department of Probation; Western Division Retreat |
| October 1997 | Differences Between Sex Offender Treatment and traditional Treatment: Using appropriate treatment techniques; Tennessee Sex Offender Board Annual Training Conference |
| | Criminal Evaluations on the Juvenile Sex Offender; Tennessee Psychiatric Association, Forensic Psychiatry Conference |
| | Treating Sex Offenders in the Community; Virginia Department of Probation, District #16 |
| July 1997 | Juvenile Sex Offenders: what do we know, treatment, transition to community issues; Virginia Juvenile Justice; Probation Training |
| February 1997 | Current Trends in Sex Offender Treatment and Assessment; Virginia Department of Corrections, Western Region |
| Nov 1996 | Sex Offender Assessment, Treatment, and Management; U.S. Department of Probation; Eastern District |
| May 1996 | Child Sexual Abuse/Sexual Offenders; Pediatric Grand Rounds |
| Nov 1994 | Penile Plethysmography; Effects Technician Gender has on Sexual Arousal Responses of male Sexual Offenders; ATSA National Conference, San Francisco, California |
| June 1994 | Assessment and treatment issues with adult sexual offenders; Northeast Correctional Facility, Mountain City,, Tennessee |
| September/Nov 1994 | Effective treatment and supervision of sexual offenders: State of Tennessee Department of Parole; Knoxville, Nashville, and Memphis |
| May 1993 | The Intervention and treatment of Sexual Reactive and aggressive children; TACC Conference, Chattanooga, Tennessee |
| April 1993 | Penile Plethysmograph: what is it and how does it work/ ethical questions Virginia Department of Corrections, Statewide training, Richmond, Virginia |

| | |
|---|---|
| Nov 1992 | Assessment and treatment of the Adult Sex Offender; Tennessee Community Corrections, Jackson, Tennessee |
| October 1992 | Treatment and assessment Procedures with Adult and adolescent Sexual Offenders; East Tennessee State University College of Medicine; Department of Psychiatry |
| May 1992 | Assessment and treatment Techniques form Adult Sexual Offenders; Holston Alcohol and Drug Services; Kingsport, Tennessee |
| Feb. 1992 | Strategies for working with sexual offenders and their families; First Tennessee Human Resource Agency, Johnson City, Tennessee |
| | Penile Plethysmography: Assessment Procedures and Interpretation of Data, Luten Mental Health Center, Nashville, Tennessee |
| Dec. 1991 | Male versus Female Offenders, First Annual Washington County Sheriff's Department Polygraph Seminar |
| March 1991 | Treatment of the Juvenile Sexual Offender; Johnson County Child Protective Services, Johnson City, Tennessee |
| May 1990 | Sexual Offender Treatment; Northeast Tennessee Child Advocacy Team; Bristol, Tennessee |
| May 1989 | Assessment and treatment of Juvenile Sex Offenders; Tennessee Mental Health Conference, Nashville, Tennessee |
| Feb 1987 | Treatment of the juvenile Sex Offender from a Family Perspective; National Conference American Association of Marriage and Family Therapy; Memphis, Tennessee |

### Specialized Sex Offender Assessment and Treatment Training Received

| | |
|---|---|
| 2009 – Present | TN Sex Offender Treatment Board Conference |
| 2008 -2009 | Connecting for Children's Justice Conference Static 2002- R, VASOR |
| October 2008 | Risk Assessment with Adolescents Who Have Offended Sexually; James R. Worling; Association for the Treatment of Sexual Abusers Conference |

Integration of Adult Offenders into the Community (4Hrs); Robin J. Wilson; Association for the Treatment of Sexual Abusers Conference

Treatment Soup: Blending Assessment, Treatment Planning & Interventions; Jacqueline Page; Association for the Treatment of Sexual Abusers Conference

Civil and Human Rights of People on The Sex Offender Registry; A Legal Perspective on Banishment, Civil Commitment, and Other Penalties; Sarah Geraghty; Association for the Treatment of Sexual Abusers Conference

Static-99 and Static 2002; Leslie Helmus; Association for the Treatment of Sexual Abusers Conference
The Stability of Recidivism for Static-2002 Risk Categories; Leslie Helmus, R. Karl Hanson, David Thornton; Association for the Treatment of Sexual Abusers Conference
Are New Norms Needed for Static-99?; Andrew J. R. Harris, Leslie Helmus, R.Karl Hanson; Association for the Treatment of Sexual Abusers Conference

What do the New Actuarial Findings Mean for "Real-Life" Risk Assessments?; Dennis M. Doren; Association for the Treatment of Sexual Abusers Conference

Suppression and Distortion of Responses During PPG Assessment; David Thornton; Association for the Treatment of Sexual Abusers Conference

Testing the Validity of Potential Signs of Response Interference during PPG Assessment; Kimberly Finch, David Thornton; Association for the Treatment of Sexual Abusers Conference
Empirically Testing Approaches to Detecting Faking on PPG; Peter M.Byrne; Association for the Treatment of Sexual Abusers Conference

Clinical Implications of Detecting Response Interference; Peter M. Byrne, David Thornton, Kimberly Finch; Association for the Treatment of Sexual Abusers Conference

Treatment Involvement and Recidivism among Adult Sexual Aggressors; Jean Proulx; Association for the Treatment of Sexual Abusers Conference

Re-Examining Use of Cognitive Distortions; Professor Shadd Maruna; Association for the Treatment of Sexual Abusers Conference

Child Sexual Exploitation: Is It See One, Do One, Teach One?; Sharon W.Cooper; Association for the Treatment of Sexual Abusers Conference

A Smooth Transition to Independence for Older Adolescents; Keef Weinstein, Robin McGinnis; Association for the Treatment of Sexual Abusers Conference

Studies of Sex Offenders' (Phallometrically Measured Sexual Interests: Implications for Theory Development; Martin L. Lalumiere; Association for the Treatment of Sexual Abusers Conference

Sex Offenders with Mental Retardation: Testing Counterfeit Deviance and Neurodevelopmental Explanations of Pedophilia; Marnie E. Rice, Grant T. Harris; Association for the Treatment of Sexual Abusers Conference

Psychopathy and Sexual Responses to Phallometric Stimuli Emphasizing Serious Injury to Victims: Testing Psychopathy as a Product of Natural Selection; Grant T. Harris, Marnie E. Rice; Association for the Treatment of Sexual Abusers Conference

What Accounts for "Penile Indifference" Among Sex Offenders?; Martin L. Lalumiere, Grant T. Harris; Association for the Treatment of Sexual Abusers Conference

Assessing Dynamic Risk Factors in Unconvicted Perpetrators of Sexual Abuse; David Gogan; Association for the Treatment of Sexual Abusers Conference

Comparing the Predictive Accuracy of Nine Risk Assessment Instruments for Adult Sex Offenders; Genevieve Parent; Association for the Treatment of Sexual Abusers Conference

Incremental Validity of the Static-99 and PAI with Community-Treated Sex Offenders; Christopher S. Brown; Association for the Treatment of Sexual Abusers Conference

The Utilization of Adult, Adolescent, and Child Voices in Standardized PPG Stimulus Sets; R. Gregg Dwyer, Anna Musolf,

J. Michael Adler, Ph.D.  
Professional Vitae                                                                                                                    11

|  |  |
|---|---|
|  | William Burke; Association for the Treatment of Sexual Abusers Conference |
|  | Validation and Extension of the Static-99; Jacqueline C. Means, Pamela Buchanan, Christopher S. Brown; Association for the Treatment of Sexual Abusers Conference |
|  | Understanding the Passage and Efficacy of Sex Offender Laws: Assumptions and Empirical Realities; Lisa L. Sample; Association for the Treatment of Sexual Abusers Conference |
|  | Impact of Sexual Offending from a Victim's Perspective; Patty Wetterling; Association for the Treatment of Sexual Abusers Conference |
| August 2005 | The Use of Virtual Reality Stimuli in Phallometric Assessment of sexual arousal; Tennessee Sex Offender Board Training Conference |
|  | The use of polygraph examinations in the treatment and assessment of Adult Sex Offenders; Tennessee Sex Offender Board Training Conference |
| August 2004 | Clinical Risk Assessments/Evaluations on Adult Sex Offenders; Tennessee Sex Offender Board Training Conference |
|  | Juvenile Risk Assessments: What to include; Tennessee Sex offender Board Training Conference |
|  | Impact of Sexual Assault; Victim Panel; Tennessee Sex offender Board Training Conference |
|  | STOP! Sex Offender Intervention Program; Tennessee Sex offender Board Training Conference |
|  | Utilizing and Scoring the Static 99; Karl Hanson; Tennessee Sex Offender Treatment Board Conference |
|  | Penile Plethysmography; Peter Byrne; Tennessee Sex Offender Treatment Board Conference |
| Sept. 2003 | Penile Plethysmograph Assessment and Data Interpretation; level I & II Monarch Technician/Clinical Training; BTI, Salt Lake City, Utah |

| | |
|---|---|
| August 2003 | Victim Impact, Trauma, and Healing; David Colof; Tennessee Sex Offender Treatment Board Conference |
| | Psychopathy and Sex Offender Treatment Variables; Ida Dickey; Tennessee Sex Offender Treatment Board Conference |
| | Juvenile Offender Classification and Treatment; David Prescott; Tennessee Sex Offender Treatment Board Conference |
| August 2002 | Tennessee Sex Offender Board Training Conference |
| Sept. 2001 | Psycho-Sexual Evaluation; Ken Yearick and Melissa Crim; Tennessee Sex Offender Board Training Conference |
| | Clinical Risk Assessment; Ken Yearick and Melissa Crim; Tennessee Sex Offender Treatment Board Conference |
| | Child & Adolescent Sex Offender Treatment; Matthew Rosenberg; Tennessee Sex Offender Treatment Board Conference |
| Dec. 2000 | Tennessee Sex Offender Board Training Conference |
| Oct. 2000 | Child pornography: Show and Tell; Michael Blankenship; Public Defender's Conference, Gatlinburg, Tennessee |
| Nov. 1999 | Tennessee Sex Offender Board Training Conference |
| Jan 1999 | Penile Plethysmograph Training, Level I Technician and Level II Clinician Training; Data Interpretation; BTI; Salt Lake City, Utah |
| Dec. 1998 | Team Approach to a Safer Society; Lenny LoCocco; Tennessee Sex Offender Board Training Conference |
| | Cognitively Challenged Offenders; Tennessee Sex Offender Treatment Board Conference |
| | Family Reunification Issues; Tennessee Sex Offender Treatment Board Conference |
| | A System Approach to Polygraph Utilization; Tennessee Sex Offender Treatment Board Conference |
| | Building a Code of Ethics; Tennessee Sex Offender Treatment Board Conference |

|  |  |
|---|---|
|  | Biomedical interventions; Tennessee Sex Offender Treatment Board Conference |
|  | Pre-Sentence Clinical Evaluation; Tennessee Sex Offender Treatment Board Conference |
|  | Implementation of Behavioral Interventions; Tennessee Sex Offender Treatment Board Conference |
| Oct. 1997 | Myths and Realities regarding Sexual Offenders; Tennessee Sex offender Board Training Conference |
|  | Relapse prevention Plans; Tennessee Sex Offender Board Training Conference |
|  | Cognitive Restructuring; Tennessee Sex Offender Board Training Conference |
|  | Sexual Reconditioning; Tennessee Sex Offender Board Training Conference |
|  | Victim Impact; Tennessee Sex Offender Board Training Conference |
|  | Human Sexuality; Tennessee Sex Offender Board Training Conference |
|  | Legal/Ethical Issues; Tennessee Sex Offender Board Training Conference |
|  | Pre-Sentence Sex Offender Evaluations, Bill Murphy, Ph.D.; Tennessee Sex Offender Board Training Conference Tennessee Sex Offender Board Training Conference |
|  | Psycho-pharmological Intervention with Sexual offenders; Jan Meyer, M.D.; Tennessee Sex Offender Board Training Conference |
|  | Forensic Evaluations on juvenile Offenders, Thom Schacht, Ph.D. Forensic Psychiatry Conference; Kingsport, TN |
| April 1997 | Sex Offender and current personality theory: What really makes them tick; SOPAC Conference; Virginia Beach, Virginia |
|  | Psychological and Behavioral Assessment of Adult Male Sex Offenders: What's available and how useful is it? SOPAC Conference; Virginia Beach, Virginia |

|  |  |
|---|---|
|  | Issues in Appraising Risk: Dynamic Predictors; SOPAC Conference; Virginia Beach, Virginia |
|  | The Challenges of Risk Assessment and management, Vernon Quinsey SOPAC Conference; Virginia Beach, Virginia |
| Nov 1994 | Reduction of Sexual Arousal; Steve Jenson, Richard Laws; ATSA Conference; San Francisco, California |
|  | Making the Most out of Polygraph examinations during evaluation and treatment of the sex offender; ATSA Conference; San Francisco, California |
|  | Phallometric Assessment of Adolescent Males, Mark Weinrott; ATSA Conference; San Francisco, California |
|  | Phallometric Assessment in North America, Robert Howe; ATSA Conference; San Francisco, California |
|  | Predicting Recidivism Among Sex Offenders; Vernon Quinsey; ATSA Conference; San Francisco, California |
|  | Advanced Techniques in Behavioral Reconditioning for the sexual offender; Barry Maletzky, M.D.; ATSA Conference; San Francisco, California |
|  | Assessment, treatment, and relapse prevention with adolescent sex offenders, Charlene Steen; ATSA Conference; San Francisco, California |
|  | Modifying Deviant Sexual Arousal: value of covert sensitization as a treatment technique; ATSA Conference; San Francisco, California |
|  | A model for preventing Sexual Offenses, James Breiling; ATSA Conference; San Francisco, California |
|  | New Outcome Data from California's Sex Offender treatment Program; ATSA Conference; San Francisco, California |
|  | Ethical Considerations in utilizing Penile Plethysmography with adolescents; Steven Mussack, Ph.D.; ATSA Conference; San Francisco, California |

|  |  |
|---|---|
|  | Understanding Socio-cultural issues in Research and treatment with sexual offenders; Gail Wyatt, Ph.D. ATSA Conference; San Francisco, California |
|  | The Role of prior victimization in the etiology of juvenile sexual offending, John Hunter, Ph.D.; ATSA Conference; San Francisco, California |
|  | A new clinical package for arousal control of adolescent offenders, Mark Weinrott, Ph.D.; ATSA Conference; San Francisco, California |
|  | The Violence of gender, Sandra Butler, M.A.; ATSA Conference; San Francisco, California |
|  | Behavior Therapy: Dead or Alive? Richard Laws, Ph.D.; ATSA Conference; San Francisco, California |
|  | Concerns, Controversies, and Contemplations: use and misuse of our terms, tools, and toys; Gene Abel M.D.; ATSA Conference; San Francisco, California |
| Jan. 1993 | Dealing with Sex Offenders: Skill Enhancement; Joseph Giovanni, M.A.; Charter Westbrook Hospital; Richmond Virginia |
| Oct 1992 | Paraphilic Arousal Counter-Conditioning techniques; Roger Wolfe; ATSA Conference; Portland, Ore. |
|  | Understanding the Sexual Offender; William Marshall, Ph.D.; ATSA Conference; Portland, Ore. |
|  | MMPI Profiles of Adult Sexual Offenders, Terri Rau, Ph.D. candidate; ATSA Conference; Portland, Ore. |
|  | Using the Polygraph in a comprehensive Sex offender treatment program; Roy Juul; ATSA Conference; Portland, Ore. |
|  | Significance of childhood sexual abuse in the etiology of sexual offenders; David Finklehor, Ph.D.; ATSA Conference; Portland, Ore. |
|  | Sertonin Re-Uptake Inhibitors; John Bradford, M.D.; ATSA Conference; Portland, Ore. |

|  |  |
|---|---|
|  | Reliability of Deviant arousal assessments and the reduction of deviant arousal in child molesters; Peter Johnson, Ph.D.; ATSA Conference; Portland, Ore. |
|  | Value of Phallometric assessments of rapists, William Marshall, Ph.D.; ATSA Conference; Portland, Ore. |
|  | Intake arousal data on high risk adolescent sex offenders, Robert Emerick, Ph.D.; ATSA Conference; Portland, Ore. |
|  | Reunification of treated sex offenders into the family; Mary Menig; ATSA Conference; Portland, Ore. |
| Jan 1992 | Differentiating Between sexual-reactive behavior and sexual assaultive behavior of children; Gail Ryan; Memphis, Tennessee |
| Jan 1991 | The assessment and treatment of sexual offenders using the penile plethysmograph: Techniques, and interpretation; Bill Farrell, Grande Island, NE |
| Feb 1989 | Sexual Problems, Joseph LoPiccola, National Marriage and Family Therapy Conference; Memphis, TN |
| March 1988 | Behavioral Techniques with sex offenders, Gene Abel; Atlanta, Georgia |
|  | Penile Plethysmography; Judith Becker, Ph.D.; Atlanta, Georgia |
| Feb 1988 | Adolescent Sex offender research; Michael O' Brien; Treatment of Sexual Abuse, Hilton Head, S.C. |
|  | Management of High risk cases, S. Hewitt; Treatment of Sexual Abuse, Hilton Head, S.C. |
|  | Group Therapy with Adolescent victims; Dean Banion; Treatment of Sexual Abuse, Hilton Head, S.C. |
|  | Counseling the Sexual Addict, Patrick Carnes; Treatment of Sexual Abuse, Hilton Head, S.C. |
| May 1997 | Assessment of the sexual victim and offender; Suzanne Sgroi; Kingsport, Tennessee |
| Nov 1986 | Treating the Sexual offender; Tim Hodges; Abingdon, Virginia |

|  |  |
|---|---|
|  | Treatment of Sexual Offenders, Nicholas Groth, Ph.D.; Forensic Mental Health Associates; Kingsport, Tennessee |
| April 1986 | Child Sexual Assault: Rape, Incest, and molestation. The Psychology of the Offender, Nicholas Groth, Ph.D.; Forensic Mental Health Associates; Nashville, Tennessee |